**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES of AMERICA | ) |
| | ) |
| | ) CASE NO.  3:25-cr-0086(VAB)-5 |
| v. | ) |
| | ) |
| | ) |
| STEPHEN WALKER | ) |
| | ) June 11, 2025 |

## MOTION FOR PERMISSION TO TRAVEL

On behalf of Stephen Walker, undersigned counsel moves this Court for Mr. Walker's permission to travel to Atlanta, Georgia on Sunday, June 15, 2025, and return to New York's Laguardia Airport on Monday night, June 16, 2025 and then on to his home in Connecticut very shortly after midnight.  This trip is required so that Mr. Walker may resolve a speeding ticket in the Municipal Court located in Ashburn, Georgia.   His departing flight is anticipated to be via JetBlue Airways on Sunday morning, arriving in Atlanta at 9:02 a.m.  His return flight is anticipated to be via Delta Airlines, arriving at Laguardia Airport at 11:24 p.m. on Monday.   Mr. Walker plans to stay with a family friend, Ashley Miranda, whose address is 2183 Shetley Creek Drive, Norcross, Georgia on Sunday and Sunday night.

1

AUSA Stephanie Levick and Mr. Walker's United States Probation Officer, Braxton Darden, consent to granting of this motion.

Respectfully Submitted,
The Defendant, Stephen Walker

By: _____
Matthew M. Maddox
Federal Bar Number: CT 17313
501 Merritt 7, Sixth Floor
Norwalk, CT 06851
Telephone: (203) 822-6610
Fax: (203) 972-5886
Email: mmaddox@themaddoxlawfirm.com

2

## CERTIFICATION

I hereby certify that the foregoing was delivered via electronic mail this 11th day of June, 2025 to the following individuals:

A.U.S.A. Stephanie Levick
stephanie.levick@usdoj.gov
United States Probation Officer Braxton Darden,
Braxton_darden@ctp.uscourts.gov

Matthew M. Maddox
Federal Bar Number CT 17313

3