**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

UNITED STATES of AMERICA                )
                                         )
                                         ) CASE NO.  3:25-cr-0086(VAB)-5
v.                                       )
                                         )
                                         )
                                         )
STEPHEN WALKER                           )
                                         ) December 18, 2025

**MOTION FOR PERMISSION TO TRAVEL**

On behalf of Stephen Walker, undersigned counsel moves this Court for Mr. Walker's permission to travel to Orlando, Florida on the evening of Sunday, December 21, 2025, and return to Connecticut's Tweed New Haven Airport on Tuesday, December 30, 2025 and then to his home in Connecticut that afternoon. This trip is meant for Mr. Walker spend time with his family for the holidays.   His departing flight is anticipated to be via Breeze Airways on December 21, 2025, from Tweed New Haven Airport at 7:26 p.m.   His return flight is anticipated to be via Breeze Airways, departing from Orlando International Airport at 11:12 a.m. on December 30, 2025.   During his trip, Mr. Walker plans to stay with his uncle, Paul Acceus, whose address is 3207 Chico Avenue, Orlando, Florida 32818 and his father, Clive Walker, whose address is 15550 Winkfield Circle, Davie, Florida, 33331.

1

Undersigned counsel has not received a reply from AUSA Stephanie Levick and United States Probation Officer, Braxton Darden, concerning whether they consent to this motion.

Respectfully Submitted,
The Defendant, Stephen Walker

By: _____
Matthew M. Maddox
Federal Bar Number: CT 17313
501 Merritt 7, Sixth Floor
Norwalk, CT  06851
Telephone:  (203) 822-6610
Fax:  (203) 972-5886
Email: mmaddox@themaddoxlawfirm.com

## CERTIFICATION

I hereby certify that the foregoing was delivered via electronic mail this 18th day of December, 2025 to the following individuals:

A.U.S.A. Stephanie Levick
stephanie.levick@usdoj.gov
United States Probation Officer Braxton Darden,
Braxton_darden@ctp.uscourts.gov

Matthew M. Maddox
Federal Bar Number CT 17313