**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES of AMERICA | ) |
| | ) |
| | ) CASE NO.  3:25-cr-0086(VAB)-5 |
| v. | ) |
| | ) |
| STEPHEN WALKER | ) |
| | ) March 9, 2026 |

**MOTION FOR PERMISSION TO TRAVEL**

On behalf of Stephen Walker, undersigned counsel moves this Court for Mr. Walker's permission to travel outside Connecticut, and in support thereof states as follows:

1. Defendant is currently subject to conditions of probation that restrict travel outside the State of Connecticut without prior approval of the court.

2. Defendant seeks permission to travel on once-per-week weekly basis to and from the State of New York for the limited purpose of visiting his aunt, Marie Alexandre. Ms. Alexandre is receiving treatment for cancer.  Mr. Walker seeks to provide assistance and emotional support to his aunt.

3. The Defendant will travel directly to New York to Ms. Alexandre's address, 100 Silver Street, West Babylon, NY 11704, and will return to Connecticut upon completion of the visit.

4. Defendant has complied with all conditions imposed by the Court to date and will remain available to the Court and his probation officer.

5.  Mr. Walker's United States Probation Officer, Braxton Darden, consents to this motion. AUSA Stephanie Levick defers to Probation and the Court.

WHEREFORE, Defendant respectfully requests that this Court grant permission to travel to and from the State of New York.

Respectfully Submitted,
The Defendant, Stephen Walker

By: _____

Matthew M. Maddox
Federal Bar Number: CT 17313
501 Merritt 7, Sixth Floor
Norwalk, CT  06851
Telephone:  (203) 822-6610
Fax:  (203) 972-5886
Email: mmaddox@themaddoxlawfirm.com

## CERTIFICATION

I hereby certify that the foregoing was delivered via electronic mail this 9th day of March, 2026 to the following individuals:

A.U.S.A. Stephanie Levick
stephanie.levick@usdoj.gov
United States Probation Officer Braxton Darden,
Braxton_darden@ctp.uscourts.gov

_____

Matthew M. Maddox
Federal Bar Number CT 17313

2